**ROBERT R. POWELL, ESQ. CSB#159747**
**DENNIS R. INGOLS, ESQ. CSB#236458**
**LAW OFFICES OF ROBERT R. POWELL**
925 West Hedding Street
San José, California 95126
T: 408-553-0200 F: 408-553-0203
rpowell@rrpassociates.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
(Sacramento Division)

| | |
|---|---|
| ANGEL CLOKEY, SOFIA CAMPOS-RIEDEL as Guardian *Ad Litem* for G.C., F.C., and M.C., minor children,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al.<br><br>Defendants. | Case No. 2:08-CV-02239-MCE-EFB<br><br>STIPULATION AND ORDER TO AMEND ERRONEOUSLY NAMED DEFENDANTS |

The parties hereto, by and through their attorneys of record, do hereby agree and stipulate as follows, and request that this court order same;

1. Plaintiffs filed suit against City of Sacramento Police Officers Douglas Voska (Badge No. 8250), Nicholas Tavelli (Badge No. 724), Christian Oliver (Badge No. 313), Mohammad Rafig (Badge No. 808), Matthew Young (Badge No. 313), Mark Purkeypile (Badge No. 5484) and Lee Yonemura (Badge No. 852).

2. Some of the names and/or badge numbers of the aforementioned police officer defendants are incorrect.

Stipulation and Order to Amend Erroneously
Named Defendants
Clokey v. County of Alameda
Case No. 2:08-CV-02239-MCE-EFB

1

PDF created with pdfFactory trial version www.pdffactory.com

3. The police officer defendants that Plaintiffs intended to name are: Joseph Voska (Badge No. 8122), Nick Tavelli (Badge No. 0724), Ryan Oliver (Badge No. 0363), Mohammad Rafiq (Badge No. 0808), Robert Young (Badge No. 0313), Mark Purkeypile (Badge No. 0548) and Lee Yonemura (Badge No. 0852).

4. The parties hereby agree and stipulate to amend the complaint in this matter such that all police officer defendants erroneously named and/or identified by incorrect badge number (as set forth in paragraph 2 above) shall instead be named and/or identified by the true names and/or badge numbers of the individuals listed in Paragraph 3 above.

**IT IS SO STIPULATED.**

Date: ____/____/2009

Sheri Chapman
Sacramento City Attorney
Counsel for City of Sacramento, et al.

Date: ____/____/2009

Jeri Pappone
Longyear, O'Dea & Lavra
Counsel for County of Sacramento, et al.

Date: March 20, 2009

Dennis R. Ingols
The Law Offices of Robert Powell
Counsel for Plaintiffs

IT IS SO ORDERED.

Date: April 3, 2009

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Amend Erroneously
Named Defendants
Clokey v. County of Alameda
Case No. 2:08-CV-02239-MCE-EFB

2

PDF created with pdfFactory trial version www.pdffactory.com