1

**ROBERT R. POWELL, ESQ. CSB#159747**
**DENNIS R. INGOLS, ESQ.    CSB#236458**

2

**LAW OFFICES OF ROBERT R. POWELL**
925 West Hedding Street

3

San José, California  95126
T: 408-553-0200 F: 408-553-0203

4

rpowell@rrpassociates.com

5

Attorneys for Plaintiffs

6

7

8                  IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   ANGEL CLOKEY, et al.               )   Case No. 2:08-CV-02239-MCE-EFB
                                         )
11                  Plaintiffs,          )   STIPULATION AND ORDER RE:
                                         )   DISMISSAL PURSUANT TO F.R.C.P. 41
12   vs.                                 )
                                         )
13   COUNTY OF SACRAMENTO, et al.        )
                                         )
14                  Defendants.          )
                                         )
15   _____   )

16

17   The parties hereto, by and through their attorneys of record, do hereby agree and stipulate as

18   follows, and request that this Court order same:

19   1.  Plaintiffs hereby dismiss their Complaint against Defendants MOHAMMAD RAFIQ

20       (sued as MOHAMMAD RAFIG) and ROBERT YOUNG (sued as MATTHEW YOUNG)

21       without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure in exchange

22       for each Defendant's agreement to waive any claims to costs that they may have against

23       Plaintiffs.

24

25

Stipulation and Order Re: Dismissal                    1
Pursuant to FRCP 41(a)
Clokey v. County of Sacramento
Case No. 2:08-CV-02239-MCE-EFB

PDF created with pdfFactory trial version www.pdffactory.com

2.  The dismissal shall become final, with prejudice, 6 months from the date of filing of this

stipulation unless Plaintiffs file a Motion for Leave to re-join said Defendants before that

time.

**IT IS SO STIPULATED.**

Date: ____/____/2009                                      _____

                                                         Sheri Chapman
                                                         Sacramento City Attorney
                                                         Counsel for City of Sacramento, et al.

Date: ____/____/2009                                      _____

                                                         Jeri Pappone
                                                         Longyear, O'Dea & Lavra
                                                         Counsel for County of Sacramento, et al.

Date: May 26, 2009                                        _____

                                                         Dennis R. Ingols
                                                         The Law Offices of Robert Powell
                                                         Counsel for Plaintiffs

        **IT IS SO ORDERED.**

**DATED:** June 2, 2009

                                                         _____
                                                         MORRISON C. ENGLAND, JR
                                                         UNITED STATES DISTRICT JUDGE

Stipulation and Order Re: Dismissal                       2
Pursuant to FRCP 41(a)
Clokey v. County of Sacramento
Case No. 2:08-CV-02239-MCE-EFB

PDF created with pdfFactory trial version www.pdffactory.com