1  ROBERT R. POWELL, ESQ.  CSB#159747
2  DENNIS R. INGOLS, ESQ.  CSB#236458
   LAW OFFICES OF ROBERT R. POWELL
   925 West Hedding Street
3  San José, California  95126
   T: 408-553-0200 F: 408-553-0203
4  E: rpowell@rrpassociates.com

5  Attorneys for Plaintiffs

6

7

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 ANGEL CLOKEY, et al.,            No. 2:08-cv-02239-MCE-EFB

12       Plaintiffs,

13    v.                            ORDER APPROVING MOTION FOR
                                    APPROVAL OF MINORS' COMPROMISE
14 COUNTY OF SACRAMENTO, et al.,    OF CLAIMS

15       Defendants.
   _____/
16

17     Plaintiffs herein, by and through their counsel, submitted a
18 Motion for Court Approval of Minors' Compromise of Claims
19 ("Motion") on November 9, 2009, pertaining to a settlement that
20 Plaintiffs Angel Clokey, and her children G.C., F.C., and M.C.
21 ("the minor Plaintiffs")  by and through their Guardian Ad Litem,
22 Sofia Campos-Riedel, had reached with the County of Sacramento,
23 the City of Sacramento, and all employee-defendants thereof.
24 ///
25 ///
26 ///
27 ///
28 ///

1  Upon review of the file and consideration of the Motion, the Declarations of Plaintiffs' counsel and supporting documentation submitted therewith, the Declaration of Ms. Campos-Riedel in support of the Motion, and the fact that no opposition to the Petition was made (statements of non-opposition were made on behalf of all named Defendants), the Court does hereby find and order as follows:

GOOD CAUSE APPEARING,

1. The Court approves the compromise of the minor Plaintiffs' claims against Defendant County of Sacramento, Defendant City of Sacramento, and the individually-named employee-defendants of those entities, pursuant to the terms of the Settlement Agreement and General Release (Exhibit C to the Amended Declaration of Robert R. Powell), the periodic payment schedules (Exhibit A to the Amended Declaration of Robert R. Powell), and the Non-Qualified Assignment and Release (of Periodic Payment Obligation, redacted to protect the minors' privacy - Exhibit B to the Amended Declaration of Robert R. Powell).

2. Plaintiffs' counsel may attach the fully-executed, non-redacted settlement documents, when obtained, to this Order for purposes of submitting same to Allstate Life Insurance Company.

3. The Court approves the distribution of attorneys' fees to Plaintiffs' counsel as set forth in the Motion.

///
///
///

1        4.   Should delays in effectuating the financial terms of
2   this settlement cause a decrease in the future payout amount to
3   be received by the Minor Plaintiffs, no further pleading or order
4   of this Court shall be necessary, so long as the total payout is
5   no less than $45,500.00 to each minor, all other variables
6   (payout dates, purchase price of annuities) remaining the same
7   (current quote is $45,800 total per minor).
8        5.   The Court approves the dismissal of all claims, of all
9   Plaintiffs, as against Defendant County of Sacramento, Defendant
10  City of Sacramento, and all employee Defendants of those
11  entities, with prejudice.  Plaintiffs' counsel shall submit such
12  dismissal not later than thirty (30) days after this Order is
13  electronically filed or the annuity/annuities set forth in the
14  settlement documents have been funded, whichever occurs later. In
15  the event Plaintiffs' counsel is unable to comply with the
16  previous sentence, Plaintiffs' counsel will advise the court of
17  the reason for the delay and the court will extend the date, good
18  cause shown, in which to file the dismissal.
19       IT IS SO ORDERED.

Dated: December 10, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE