**ROBERT R. POWELL, ESQ.  CSB#159747**
**DENNIS R. INGOLS, ESQ.     CSB#236458**
**LAW OFFICES OF ROBERT R. POWELL**
925 West Hedding Street
San José, California  95126
T: 408-553-0200 F: 408-553-0203
E: rpowell@rrpassociates.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
(Sacramento Division)

| | |
|---|---|
| ANGEL CLOKEY, SOFIA CAMPOS-RIEDEL as Guardian *Ad Litem* for  G.C., F.C., and M.C., minor children,<br><br>            Plaintiffs,<br><br> vs.<br><br>COUNTY OF SACRAMENTO, et al., And Does 1 through 20<br><br>            Defendants. | Case No. 2:08-CV-02239-MCE-EFB<br><br>STIPULATION AND ORDER FOR DISMISSAL |

IT IS STIPULATED AND AGREED, by and between Plaintiffs and each Defendant, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that this entire case be dismissed with prejudice, each party to bear its own costs and fees.

**IT IS SO STIPULATED.**

Date: January 4, 2010                     /s/ Sheri Chapman_____
                                          Sheri Chapman
                                          Sacramento City Attorney
                                          Counsel for City of Sacramento, et al.

Stipulation and Order for Dismissal                         1
Clokey v. County of Sacramento, et al.
(Case No. 08 CV 02239)

1  Date: January 4, 2010                             /s/ Jeri Papone_____
2                                                    Jeri Pappone
                                                     Longyear, O'Dea & Lavra
3                                                    Counsel for County of Sacramento, et al.

4
   Date: January 4, 2010                             /s/ Dennis Ingols_____
5                                                    Dennis R. Ingols
                                                     The Law Offices of Robert Powell
6                                                    Counsel for Plaintiffs

7
   **IT IS SO ORDERED.**
8

9
   Dated: January 6, 2010
10
                                                     _____
11                                                   MORRISON C. ENGLAND, JR
                                                     UNITED STATES DISTRICT JUDGE
12

Stipulation and Order for Dismissal                 2
Clokey v. County of Sacramento, et al.
(Case No. 08 CV 02239)